**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IVAN L. RODRIGUEZ

    Plaintiff,

v.                                             Case No. 8:11-mc-15-T-30MAP

HILLSBOROUGH COUNTY JAIL,

    Defendant .
_____/

## **O R D E R**

Ivan Rodriguez, a prisoner incarcerated at Falkenburg Road Jail, Tampa, Florida, initiated this cause, *pro se*, by filing a letter with the Court (Dkt. 1).  In his letter, Rodriguez states that he is confined in a cell without water or access to grievance forms.

Rodriguez failed to file any underlying pleading, complaint, or petition.  Rule 3, Fed. R. Civ. P.,  provides that  "[a] civil action is commenced by filing a complaint with the court."  Local Rule 1.03( c) (M.D. Fla.) provides, in pertinent part, that "[n]o application for any order of court shall be made until the case or controversy in which the matter arises has been docketed and assigned by the Clerk as prescribed by subsection (b) of this rule..."

ACCORDINGLY, the Court **ORDERS** that:

1.      This case is **DISMISSED** without prejudice to Rodriguez filing a civil rights complaint.

  2.  The **Clerk of Court** shall forward an Affidavit of Indigency form and a copy of the civil rights complaint form to Rodriguez with his copy of this order.

  3.  The **Clerk of Court** shall close this case.

  **DONE** and **ORDERED** in Tampa, Florida on April 14, 2011.

             _____
             JAMES S. MOODY, JR.
             UNITED STATES DISTRICT JUDGE

SA: sfc
<u>Copy to</u>:
Ivan Rodriguez